# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  Chin, Denny | 2. Court or Organization  Second Circuit | 3. Date of Report  04/26/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Circuit Judge | 5a. Report Type (check appropriate type)  ☐ Nomination    Date  ☐ Initial    ☑ Annual    ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2016  to  12/31/2016 |

**7. Chambers or Office Address**

U.S. Courthouse
40 Foley Square, Room 2003
New York, New York 10007

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | Fordham Law School |
| 2. | Board Member | Fordham Law Review Alumni Association |
| 3. | Board Member, Vice President | Fordham Law Alumni Association |
| 4. | Executive Committee Member | Federal Bar Council Inn of Court |
| 5. | Trustee | Princeton University |
| 6. | Board Member | Sonia and Celina Sotomayor Judical Intership Program |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | Fordham Law School, wages for teaching | $19,250.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Law firm income |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Princeton University | January 28-30, 2016 | Princeton, NJ | Attend Board Meeting | hotel |
| 2. | Princeton University | February 18-20, 2016 | Princeton, NJ | Attend Board Meeting | hotel |
| 3. | APABA Los Angeles | February 25-27, 2016 | Los Angeles, CA | Speaker | travel expenses/hotel |
| 4. | Princeton University | April 1-2, 2016 | Princeton, NJ | Attend Board Meeting | hotel |
| 5. | Princeton University | May 29-30, 2016 | Princeton, NJ | Attend Board Meeting | hotel |
| 6. | Georgia Asian Pacific American Bar Association | June 17-18, 2016 | Amelia Island, GA | Speaker | travel expenses/hotel |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Chin, Denny | 04/26/2017 |

| | | | | | |
|---|---|---|---|---|---|
| 7. | Princeton University | September 22-24, 2016 | Princeton, NJ | Attend Board Meeting | hotel |
| 8. | University of Hawaii Law School | October 17-19, 2016 | Honolulu, HI | Speaker | travel expenses, hotel |
| 9. | Southern District of GA Federal Bar Association | November 9-11, 2016 | Savannah, GA | Speaker | travel expenses/hotel |
| 10. | Princeton University | November 17-19, 2016 | Princeton, NJ | Attend Board Meeting | hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| Chin, Denny | 04/26/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Cadwalader 401K | Loan from retirement plan | J |
| 2. Citibank | Loan for Cadwalader Capital Account | M |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chin, Denny | 04/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Eastbank, N.A. bank accounts | A | Interest | M | T | | | | | |
| 2. Chase Bank bank accounts | A | Interest | L | T | | | | | |
| 3. Citibank bank accounts | B | Interest | M | T | | | | | |
| 4. Fidelity Investments Puritan Fund IRA | A | Dividend | J | T | | | | | |
| 5. Northwestern Mutual whole life insurance | A | Dividend | M | T | | | | | |
| 6. NYS 529 college savings plans; moderate age-based option | A | Dividend | L | T | | | | | |
| 7. Dodge & Cox Stock Fund | D | Dividend | M | T | | | | | |
| 8. Artisan International Fund | B | Dividend | N | T | | | | | |
| 9. Vanguard Wellington Fund Investor Shares | D | Dividend | N | T | | | | | |
| 10. Vanguard Primecap Fund Admiral | E | Dividend | O | T | | | | | |
| 11. Vanguard Inst. Index Fund | D | Dividend | O | T | | | | | |
| 12. Vanguard Windsor II Fund Investor Shares | D | Dividend | M | T | | | | | |
| 13. Merrill Lynch Cash/Money Account | A | Interest | K | T | | | | | |
| 14. Blackrock Hi Yld Bd | C | Dividend | L | T | | | | | |
| 15. MSCI Emerging | A | Dividend | K | T | | | | | |
| 16. Oppenheimer Developing | A | Dividend | L | T | | | | | |
| 17. Nuveen Hi Yield Muni | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chin, Denny | 04/26/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. SPDR DJ Wilshire REIT | A | Dividend | L | T | | | | | |
| 19. Skybridge G II Fund | A | Dividend | N | T | | | | | |
| 20. Vanguard Int'l Value Fund | A | Dividend | N | T | | | | | |
| 21. Vanguard Total Bond Market Index Fund | B | Dividend | N | T | Buy | 11/03/16 | N | | Vanguard |
| 22. Vanguard Small-Cap Index Fund | B | Dividend | M | T | Buy | 11/03/16 | M | | Vanguard |
| 23. Vanguard Intermediate Term Investment Grade Fund | B | Dividend | M | T | Buy | 11/03/16 | M | | Vanguard |
| 24. IShares Currency Hedged | A | Dividend | K | T | Buy | 02/08/16 | K | | Merrill Lynch |
| 25. IShares Edge MSCI Min | B | Dividend | K | T | Buy | 02/03/16 | K | | Merrill Lynch |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

For QuestionVII, I omitted "Vanguard Long Term Investment Grade Fund," "Vanguard Explorer Fund Investor Shares," and "Loomis Sayles Core Plus," which appeared in my 2015 report. These funds were part of [          ] retirement funds at [   ] place of employment. On November 3, 2016, in an employer intitiated exchange, which applied to all exployees, the funds were transferred to the "Vanguard Total Bond Market Index Fund," "Vanguard Small-Cap Index Fund," and "Vanguard Intermediate-Term Investment-Grade Fund."

Also for Question VII, I added "IShares Currency Hedged," which we purchased on February 8, 2016.

Also for Question VII, I omitted "SPDR Gold Trust," which appeared in my 2015 report. We sold those shares on February 8, 2016, sustaining a loss of value B.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Denny Chin

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544